tBenjamin L. Ratliff, Bar No. 113708
Pamela R. Elliott, Bar No. 277567

**LAW OFFICES OF
BENJAMIN L. RATLIFF**
1155 West Shaw Avenue, Suite 101
Fresno, California   93711

Telephone: (559) 227-2166
Facsimile:   (559) 227-0846

Attorneys for Defendants, CITY OF LOS BANOS, THE LOS BANOS POLICE DEPARTMENT and DETECTIVE JUSTIN MELDEN.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE H. TELLY,<br><br>             Plaintiff,<br><br>   vs.<br><br>CITY OF LOS BANOS, THE LOS BANOS POLICE DEPARTMENT and DETECTIVE JUSTIN MELDEN, et al.<br>and DOES 1 to 25, inclusive<br><br>             Defendants. | CASE NO.   1:11-cv-00927-AWI-SMS<br><br>**STIPULATION AND ORDERTO EXTEND TIME TO FILE DISPOSITIVE MOTION (Doc. 15)** |

   IT IS STIPULATED AND AGREED by and between the parties to the above-entitled action, through their respective attorneys of record, that the deadline for filing dispositive motions be extended from 4/2/12 (Doc. 14) to May 2, 2012.

   IT IS FURTHER STIPULATED AND AGREED that the Settlement Conference currently scheduled for May 22, 2012 at 10:00 a.m. before Judge Snyder (Doc. 14) be VACATED.  The parties agree to meet and confer regarding settlement options at the time they meet and confer as ordered prior to filing dispositive motions.

///

1

| | |
|---|---|
| DATED: February 23, 2012 | **LAW OFFICES OF BENJAMIN L. RATLIFF** |
| | /s/ Pamela R. Elliott |
| | By: _____ |
| | Pamela R. Elliott |
| | Attorney for Defendant |

**IT IS SO STIPULATED:**

| | |
|---|---|
| DATED: February 23, 2012 | /s/ Ralph S. Temple, Jr. |
| | By: _____ |
| | Ralph S. Temple, Jr. |
| | Attorney for Plaintiff |
| | LUCILLE H. TELLY |

IT IS SO ORDERED.

   Dated:  **February 28, 2012**     **/s/ Sandra M. Snyder**
                                                            UNITED STATES MAGISTRATE JUDGE