Benjamin L. Ratliff, Bar No. 113708
Pamela R. Elliott, Bar No. 277567

**LAW OFFICES OF
BENJAMIN L. RATLIFF**
1155 West Shaw Avenue, Suite 101
Fresno, California   93711

Telephone: (559) 227-2166
Facsimile:   (559) 227-0846

Attorneys for Defendants, CITY OF LOS BANOS, THE LOS BANOS POLICE DEPARTMENT and DETECTIVE JUSTIN MELDEN.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE H. TELLY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS BANOS, THE LOS BANOS POLICE DEPARTMENT and DETECTIVE JUSTIN MELDEN, et al. and DOES 1 to 25, inclusive<br><br>　　　　Defendants. | CASE NO.   1:11-cv-00927-AWI-SMS<br><br>**STIPULATION AND ORDER FOR NEW TRIAL DATE(S)**<br>**(Doc. 18)** |

　　　IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL to continue the trial date and amend the Scheduling Conference Order (Doc. 14) as follows:

| | Current Date | New Date |
|---|---|---|
| Non-Dispositive Motion Filing | May 1, 2012 | August 1, 2012 |
| Dispositive Motion Filing | May 2, 2012 | July 18, 2012 |
| Discovery Cut-Off | May 31, 2012 | August 21, 2012 |
| Expert Discovery Cut-Off | June 11, 2012 | August 29, 2012 |

| | | |
|---|---|---|
| Pre-Trial Conference | June 15, 2012 | September 4, 2012<br>8:30 a.m.<br>Ctrm. 2/**AWI** |
| Jury Trial (est. 5-7 days) | July 24, 2012 | October 16, 2012<br>8:30 a.m.<br>Ctrm. 2/**AWI** |

The parties respectfully submit that the foregoing changes are necessary in order to permit the completion of non-expert and expert discovery, and to avoid scheduling conflicts as set forth in the declaration of Pamela Elliott.

DATED:  March 15, 2012          **LAW OFFICES OF BENJAMIN L. RATLIFF**

                                /s/ Pamela R. Elliott
                            By: _____
                                Pamela R. Elliott
                                Attorney for Defendant


                                **LAW OFFICES OF RALPH S. TEMPLE, JR.**

DATED:  March 15, 2012          /s/ Ralph S. Temple, Jr.
                            By: _____
                                Ralph S. Temple, Jr.
                                Attorney for Plaintiff
                                LUCILLE H. TELLY


                                **ORDER**




IT IS SO ORDERED.

   Dated:   **March 15, 2012**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE